IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,

          Petitioner,          No. CIV S-05-2150 GEB KJM P

    vs.

TOM L. CAREY, Warden,

          Respondent.        <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve an opposition to respondent's March 20, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 24, 2006 request for an extension of time is granted; and

        2. Petitioner shall file and serve an opposition to respondent's March 20, 2006 motion to dismiss on or before May 20, 2006.

DATED: May 10, 2006.

_____

UNITED STATES MAGISTRATE JUDGE

/mp
bart2150.111