IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,

           Petitioner,           No. CIV S-05-2150 GEB KJM P

   vs.

TOM L. CAREY, Warden,

           Respondent.       <u>ORDER</u>

_____/

         Petitioner has filed his second request for an extension of time to file and serve an opposition to respondent's March 20, 2006 motion to dismiss.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

         IT IS HEREBY ORDERED that:

         1.  Petitioner's May 18, 2006 request for an extension of time is granted; and

         2.  Petitioner shall file and serve an opposition to respondent's March 20, 2006 motion to dismiss on or before June 20, 2006.  No further extensions of time will be granted.

DATED:  May 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp bart2150.111sec