IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,

    Petitioner,                 No. CIV S-05-2150 GEB KJM P

    vs.

TOM L. CAREY, Warden,

    Respondent.              <u>ORDER</u>

_____/

         Petitioner has filed a request for a stay of proceedings, arguing that he has only limited access to the law library. When the court granted petitioner's earlier request for an extension of time to file and serve an opposition to respondent's March 20, 2006 motion to dismiss, the court warned that no further extensions of time would be granted. Petitioner has received law library access, though it has been limited.

/////

/////

/////

/////

/////

/////

IT IS HEREBY ORDERED that:

1. Petitioner's May 18, 2006 request for an extension of time is denied;

2. Petitioner's June 21, 2006 request for a stay is denied; and

3. Petitioner's opposition to the motion to dismiss is due within ten days of the date of this order.

DATED: August 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
bart2150.111sec