IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,

      Petitioner,                    No. CIV S-05-2150 GEB KJM P

   vs.

TOM L. CAREY, Warden,

      Respondent.               ORDER

                                /

      Petitioner has requested an extension of time to file and serve objections to the December 20, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's January 26, 2007 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the December 20, 2006 findings and recommendations.

DATED: February 6, 2007.

                                      U.S. MAGISTRATE JUDGE

/mp
bart2150.111