IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,

    Petitioner,                   2:05-cv-2150-GEB-KJM-P

   vs.

TOM L. CAREY, Warden,

    Respondent.             <u>ORDER</u>

         Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Judgment was entered in this case on March 30, 2007, and petitioner has filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit.  On May 10, 2007, petitioner filed a request to proceed in forma pauperis on appeal.  The court file reflects that petitioner paid the filing fee for this action.

         Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to appeal in forma pauperis on appeal must file a motion in the district court which:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

/////

/////

1

    (B) claims an entitlement to redress; and

    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(2). Petitioner has presented an affidavit which demonstrates his inability to pay or to give security for fees and costs. In his May 10, 2007 notice of appeal, petitioner claimed entitlement to redress and described the issue to be presented as a challenge to the findings and recommendations. These findings and recommendations recommended that the petition be dismissed as untimely. Petitioner has substantially complied with the requirements of Fed. R. App. P. 24(a). Accordingly, his request to proceed in forma pauperis on appeal will be granted.

    Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 10, 2007, request to proceed in forma pauperis on appeal is granted; and

    2. The Clerk of the Court is directed to process the appeal as there is no need for the issuance of a certificate of appealability in this case. See Rosas v. Nielsen, 428 F.3d 1229 (9th Cir. 2005).

Dated: June 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge